NATIONAL SECURITY INVESTMENT CORPORATION, Appellant,

v.

Roy B. PAYNE, Appellee.

Court of Appeals of Kentucky.

Jan. 19, 1973.

Paul R. Huddleston, Bowling Green, for appellant.

James F. Clay, Jr., Danville, for appellee.

Memorandum Opinion of the Court by Special Commissioner RICHARD A. REVELL, Affirming.*

---

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Aggie STROTHER et al., Appellees.

Court of Appeals of Kentucky.

Jan. 19, 1973.

Carl T. Miller, Dept. of Highways, Frankfort, Robert Lee Hall, Dept. of Highways, Covington, for appellant.

Thomas D. Theobald, Grayson, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

---

Elthel VAUGHT

v.

The KROGER COMPANY et al.

Court of Appeals of Kentucky.

Jan. 19, 1973.

David E. Klein, Frockt & Benovitz, Louisville, for appellant.

William Mellor, Mellor & Shaw, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

---

Gladys HORNSBY et al., Appellants,

v.

Corbett BROWN et al., Appellees.

Court of Appeals of Kentucky.

Jan. 19, 1973.

Denver Adams, Hyden, for appellants.

A. E. Cornett, Hyden, for appellees.

Memorandum Opinion of the Court by Special Commissioner HENRY C. COX, Affirming.*

* Opinion ordered not to be published.